IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RANDY A. WATTERSON,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:25-cv-380
                                 )
LENWOOD GRAHAM, DEAN LOCKLEAR    )
and NCDAC,                       )
                                 )
          Defendants.            )
```

**ORDER**

On June 6, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S. C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 11), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Graham and Locklear under § 1983 for excessive force, his claim against Defendant Graham under § 1983 for denial of medical treatment, and his state law claims against Defendants Graham and Locklear for assault and battery shall proceed and all other claims are

**DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

This the 22nd day of September, 2025.

_____
United States District Judge